## MEMORANDUM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/15

TO: **Honorable Sidney H. Stein**
United States District Judge

FROM: **Erica Cudina**
U.S. Pretrial Services Officer

RE: **Abdul Abdullah**
DOCKET#: 1:13CR00414-002

The attached memorandum was prepared by United States Pretrial Services Officer:

| **Erica Cudina** | **212-805-4151** |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in

   Courtroom # _____ on _____ at _____ .
                         Date              Time

[ ]  I request that a Bail Review Hearing be conducted by:

   [ ]  The presiding Magistrate Judge in courtroom # 5A.

   [ ]  The District Court Judge presiding in Part I.

   [ ]  _____ at his/her earliest convenience.
         Judicial Officer

   [ ]  **WARRANT ISSUED**

[ ]  So ordered:_____   Date_____

*March 5, 2015*
*The prosecutor should draft a warrant that will serve as a detainer so that upon def's release in New Jersey, he will be transported to the custody of the B.O.P. to serve his sentence.*

*[signature] Sidney H. Stein*
*USDJ*